UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| No. | ED CV 17-00997-ODW (SP) | Date | July 24, 2017 |
|---|---|---|---|
| Title | *Theresa Brooke v. Redlands Dynasty Suites, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**          **In Chambers**


    On June 15, 2017, the Clerk of Court entered default against Defendant Redlands Dynasty Suites, Inc., pursuant to Plaintiff's request.  (ECF No. 11.)  On June 16, 2017, the Court ordered Plaintiff to file a noticed motion for entry of default judgment no later than July 17, 2017.  (ECF No. 12.)  That date has since passed with no further filings from Plaintiff.  As such, for failure to comply with a Court order, the Court **DISMISSES** the action with prejudice.

    The Clerk of the Court shall close the case.



                                            _____  :    00

                            Initials of Preparer    SE